**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 1:18-cr-0005** |
| **v.** | ) | |
| | ) | |
| **NATHANIEL THOMAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**[1]

**THIS MATTER** comes before the Court on Defendant Nathaniel Thomas' ("Thomas") *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed on September 25, 2020. (Dkt. No. 68.) Thomas also filed a Motion to Relate Back on June 5, 2023. (Dkt. No. 88.) Magistrate Judge Emile A. Henderson III issued a Report and Recommendation on May 26, 2026, recommending that the motion be denied. (Dkt. No. 92.) Thomas did not file any objections to the R&R. The Court has conducted a de novo review of the Magistrate Judge's R&R and finds the R&R to be thorough and comprehensive.

Because the parties are intimately familiar with this matter, the Court need not restate the facts and instead will adopt the factual and procedural background as set forth by the Magistrate Judge in his R&R. *See* Dkt. No. 92. Furthermore, the Court conducted a de novo review of the record and has made an independent determination finding no error.[2] Accordingly, it is hereby

---

[1] Due to the retirement of the judge previously assigned to this case, the undersigned, exercising his authority as Chief Judge of the District Court, reassigned this case to himself on February 17, 2026.

[2] *See Hill v. Barnacle*, 655 Fed. Appx. 142, 148 (3d Cir. 2016) (opining that the district court is not required to make separate findings or conclusions when reviewing a Magistrate Judge's report and recommendation de

**ORDERED** that the Magistrate Judge's Report and Recommendation, Dkt. No. 92, is **APPROVED** and **ADOPTED** as an Order of this Court as if fully set forth herein; it is further

**ORDERED** that Thomas' Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, Dkt. No. 68, is **DENIED;** it is further

**ORDERED** that Defendant's Motion to Relate Back, Dkt. No. 88, and Motion for Status Inquiry Pursuant to Administrative Procedure Act, Dkt. No. 89 are **DENIED;** it is further

**ORDERED** that a certificate of appealability is **DENIED;** it is further

**ORDERED** that a copy of this Order shall be served on Nathaniel Thomas by certified mail return receipt requested and that a copy of the return receipt shall be filed on the docket; and it is further

**ORDERED** that a copy of this Order shall be docketed in the companion civil case of *Thomas v. United States*, Case No. 1:20-cv-0076 and the Clerk of Court is directed to **CLOSE** that case.

**Dated:** September 9, 2026

*/s/Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**

novo under 28 U.SC. § 636(b)) (citing *Elmendorf Grafica, Inc. v. D.S. America, Inc.*, 48 F.3d 46, 49-50 (1st Cir. 1995) (opining that "[28 U.S.C. § 636(b)] authorizes the district court to adopt in whole as well as in part the proposed findings and recommendations of the magistrate judge. Where, as here, the magistrate judge decided on an undisputed factual record, the district court was certainly not required to rehash the magistrate judge's reasoning. The role of the magistrate judge is 'to relieve courts of unnecessary work.'") (citations omitted).